# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM SHELTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-19-787-R |
| | ) | |
| FNU CRAVEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff, appearing pro se, filed this action pursuant to 28 U.S.C. § 1983, alleging violation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On February 24, 2020, Judge Purcell issued a Report and Recommendation wherein he recommended that a motion to dismiss filed by Defendants Matthew, Gray, and Bear be construed as a motion for summary judgment and granted.[1] (Doc. No. 27). The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein nor has he sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY and summary judgment is granted to Defendants Matthews, Gray, and Bear.

IT IS SO ORDERED this 8th day of April 2020.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff was advised of his right to respond to the motion and of Judge Purcell's intention to convert the motion to dismiss to a motion for summary judgment. (Doc.No. 23). Although Plaintiff did not respond to the motion, Judge Purcell considered the merits thereof.